**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Shane Bauer,**<br><br>**Plaintiff,**<br>**v.**<br><br>**Central Intelligence Agency, et. al.,**<br><br>**Defendants.** | ) | **Case No: 14-0963 (APM)** |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff Shane Bauer ("Plaintiff") and Defendants Central Intelligence Agency ("CIA"), the United States Department of State ("State Department"), and the Federal Bureau of Investigation ("FBI"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff will be paid the amount of $1,900.00 (the "Payment") to cover attorneys' fees, expenses, and costs incurred by Plaintiff as of the date of this agreement. This figure is inclusive of any interest. The Payment will be made by the State Department and the FBI in equal parts ($950 each), and, following the filing of this Stipulation, the State Department and FBI each shall make their respective portion of the Payment to Plaintiff as soon as reasonably practicable by an electronic transfer of funds as specified in instructions provided to counsel for the Defendants by Plaintiff's counsel in writing. Plaintiff and Plaintiff's counsel shall be responsible for any distribution of the payment among themselves. Plaintiff agrees that payment of this sum shall constitute full and final settlement of all claims by Plaintiff for fees, costs, and expenses incurred by Plaintiff in this action.

2. In further response to the FOIA requests submitted to the State Department that are referenced in the Complaint in the above-captioned litigation (hereinafter, the "State FOIA Requests"), the State Department will search certain electronic materials transferred from the FBI in July and August 2016 for documents subject to FOIA that are responsive to the State FOIA Requests. Following the completion of this search and the processing of any responsive records subject to FOIA, the State Department will provide to Plaintiff, through his counsel, a final response letter that will state whether any responsive documents subject to FOIA were located by this search and, if so, will produce the non-exempt portions of those documents and identify the FOIA exemption on which any withholdings have been made (whether in whole or in part) under FOIA. Plaintiff agrees to accept the results of this search as represented in that final response letter, as well as any withholdings made by State Department in connection with the processing of these records, and will not challenge, either administratively or in a lawsuit, the adequacy of the search conducted pursuant to this paragraph or any withholdings made by the State Department in connection with the processing of documents from that search.

3. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the CIA, the State Department, the FBI, or the United States or their agents, servants, or employees, and is entered into by Plaintiff and Defendants for the sole purpose of compromising disputed claims as between them and avoiding the expenses and risks of further litigation.

4. The parties agree that this Stipulation of Settlement will not be used by Plaintiff as evidence or otherwise in any pending or future civil or administrative action against the CIA, State Department, the FBI or the United States, or any agency or instrumentality of the United

States, except an action to enforce the terms of this Stipulation of Settlement.

5. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

6. Execution of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendants shall constitute a dismissal with prejudice of all claims asserted against Defendants in this action, as well as the dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

7. This Stipulation of Settlement may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same document. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

IN WITNESS WHEREOF, the parties hereto, by and through their authorized counsel, intending to be legally bound, have executed this Stipulation on the dates shown below.

FOR THE PLAINTIFF:

SHANE BAUER
Plaintiff
Dated: 12-13-2016

12/14/16
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

FOR THE DEFENDANT:

CHANNING D. PHILLIPS
D.C. Bar # 415793
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Civil Chief

By: 12-14-16
JEREMY S. SIMON
D.C. Bar # 447956
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C 20530
(202)252-2528
Jeremy.simon@usdoj.gov